## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA.

        **Plaintiff,**

v.

                                              **Case No. 2:25-mj-00330-DLM**

CRISTHIAN ADRIAN ORTEGA-LOPEZ,

        **Defendant.**

### NOTICE OF FILING OF DOCUMENTS FOR THE COURT'S CONSIDERATION

Defendant, Cristhian Adrian Ortega-Lopez, by and through his attorney of record, Chaz Rotenberg, Assistant Federal Public Defender, hereby submits for the Court's consideration the accompanying documents:

1. Letters of support for Cristhian from Las Cruces residents who are neighbors to Cristhian (Ex. 1);

2. Photographs and screenshots that include (in order): photo of Cristhian in glasses; photo of Cristhian and others installing windows at the home of Nancy and Joel Cano; the completed installed window; photos of Cristhian with the Cano family in their home and going out to eat; and screenshots of Cristhian in the Cano residence on Christmas Eve 2024 opening Christmas gifts (Ex. 2);

3. Cristhian's application to change venue for his immigration hearing from Denver, Colorado to El Paso, Texas, filed by Las Americas Immigrant Advocate Center and dated February 20, 2025 (Ex. 3.);

4. Order of the Immigration Judge, dated March 3, 2025, granting Cristhian change of venue from Denver to El Paso (Ex. 4.); and

5.      Notice mailed to Cristhian at his address in Las Cruces for a biometric services

appointment regarding his application for asylum and for withholding of removal (Ex. 5.).


                                        Respectfully submitted,

                                        FEDERAL PUBLIC DEFENDER
                                        506 S Main Street, Suite 400
                                        Las Cruces, NM 88001
                                        (575) 527-6930

                                        *Electronically filed March 13, 2025*
                                        By: */s/ Chaz Rotenberg*
                                        Chaz Rotenberg
                                        Assistant Federal Public Defender