# Exhibit 1

# Exhibit 1

Beverly Jackson

This is a quick note to vouch for Cristhian Ortega who I met through Nancy Cano. He's a soft spoken and courteous young man who deserves to continue his legal process toward citizenship. You couldn't ask for a better candidate. He's a good kid with good intentions.

Beverly Jackson

P120-1582

To Whom it may Concern
Re: Cristhian Lopez-Ortega

I have known the Cano fam
for a number of years. They
are life long, respected me
of their community. Kind, ge
and caring. I have come to
Cristhian Lopez-Ortega or
several accasions and at Can
family events. I found him
be hardworking, friendly ar
respectful. He is an industri
and polite young man. Crist
has been to our home to d
various jobs and we were h
with ethic, warmth and agre
He is a fine addition to o
country, a credit to his co
of origin    Thank You
              Karen Carpot
Wisconsin / Las Cru
              N. M

Note: I am a 78yr wife and moth
of 2 grown sons. I have had seve
diverse jobs giving me an
oppertunity to work with a
large number of individuals
primarily men.

March 8, 2025

To: Whom it may concern,
Re: Cristhian Lopez-Ortega

My wife and I have been spending our winters in Las Cruces for several years. The last five winters we have rented homes from Nancy Cano and have come to know the Cano family as generous and respected members of the Las Cruces area community.

Last fall we met Cristhian Lopez-Ortega when he helped move us into our house, at the Cano family Thanksgiving and this winter when he helped remove leaves from our yard. He was always respectful, kind, hard working and old-school polite.

It is difficult to imagine how physically hard it was for him to reach the United States. This speaks well for his character and the family who raised him.

He is exactly the kind of person we should welcome into the United States.

George Osipoff
Retired Sanitary Engineer
Wisconsin Dept. of Natural Resources

**RoseMarie Roybal**

**926 Highway 61**

**Faywood, NM 88034**

**575-536-3153**

March 5, 2025

To whom it may concern:

I'm pleased to share with you that Cristhian Ortega-Lopez has been a pleasure to meet in a time where our country lacks young people with good manners or don't desire to work or don't show respect for their elders.

Cristhian has good manners, greets people well, wants to work and is respectful and grateful.

He came several times to work at my ranch, greeted me with sincere respect and gratitude. He worked quickly, correctly and took initiative to do extra work without being told. Each time he finished a chore, I noticed he called his family back home happy to show them what he had done. He even mentioned how happy he felt working here. Cristhian's work ethic is excellent and I admire that about him. When he left the ranch I told him he was welcome to return any time. Cristhian gave me a hug and told me " Muchas gracias Abuelita". He said he would be happy to return and help me.

I really appreciate this young man and his willingness to work. I sincerely hope he is given a chance to continue to be a hardworking, trust worthy, and honest young man.

Respectfully,

*Rose Marie Roybal*

RoseMarie Roybal

Mercedes S. Roybal
1213 N. Reymond St.
Las Cruces, NM 88005
Mercy_roybal@yahoo.com



FinM Consulting

March 8, 2025

Reference: Character Witness letter for Cristhian Ortega- Lopez

To whom it may concern:

My family and I met Cristhian a little over a year ago by way of our neighbors, Nancy and Joel Cano. Cristhian introduced himself and was very well spoken and polite. He offered to help us with whatever we needed.

Over the past year Cristhian has been a tremendous help to me as my family is spread across 3 states and I am travelling constantly. He tends to our yard: making sure the lawn is mowed and manicured and the sprinkler system is operating correctly. He has had full access to our security system to enter our house to take care of our pets. He also has been very helpful with our car rental business. He helps in receiving and renting the vehicle, dealing with customers during pick up and drop off and scheduling. He has full access to our house, garage, and tools as needed. Cristhian is trustworthy and honest and has always been a pleasure to be around. He has demonstrated proficiency in operating hand tools as well as larger farm equipment. He has always been willing to assist in any job or task we have presented him. He has made himself available day or night and we greatly appreciate him and can count on him.

He is an upstanding young man, displays good manners and our family feels very honored to have him in our lives. He has shared meals at our table and we welcome him any time. I wholeheartedly recommend Cristhian to be given the opportunity to continue to be an outstanding member of our society. This is the kind of person this country needs more of.

Sincerely,

Mercedes S. Roybal

Mercedes S. Roybal

President-FinM Consulting, LLC

Filiberto Castorena                                                                                    3/8/25
1213 N Reymond St
Las Cruces, NM 88005
filicepenm@gmail.com
575-494-4272

To whom it may concern,

I am writing to provide a character reference for my dear friend and neighbor, Cristhian Ortega-Lopez. I have known Cristhian for 1-1/2 years, and during this time, I have come to deeply appreciate his exceptional character, integrity, work ethic and honesty.

Throughout our relationship, I have consistently observed Cristhian to be a person of outstanding moral character. Cristhian has eaten at our table many times and displays a rare sense of manners. He is always quick to help in the kitchen and clean up. One is quick to assume this behavior from all, but it is a trait that is sorely missing in people nowadays. We have asked Cristhian to house sit, take care of our beloved pets, keep our yard clean, and has complete access to our security system. Our family is on the road and out of town most days. Cristhian has proved to be honest and trustworthy. Again, these character traits are difficult to find in people these days and Cristhian truly has these qualities in spades. The high degree of responsibility we have trusted Cristhian with, speaks very well about the kind of person he is. Outside of my wife, kids and parents, nobody else has helped our family as much as Cristhian. He has assisted with our car rental business, handling check out, check in and receiving payments from customers displaying the highest level of honesty and integrity while helping us manage this aspect of our business. Cristhian is trusted to operate our vehicles and manage our household while we are away. A person such as Cristhian is of a rare quality, and we simply cannot say enough to capture what a great person he is

He has shown a strong work ethic and a dedication to any job he is given. Cristhian has always been humble, and grateful for any all work that he is entrusted with. He is punctual, reliable and superbly hard working. He speaks often about how grateful he is to be in the United States and how he remains determined and motivated to continue to be a positive member of our society.

Given his outstanding character, I have no doubt that Cristhian will continue to be a positive and contributing member of society. Cristhian has my full support, and I firmly believe that Cristhian embodies the qualities and values that make an excellent citizen.

Please feel free to contact me at 575-494-4272 or filicepenm@gmail.com if you require any further information or clarification.


Sincerely,

Filiberto Castorena, PE (NM & AZ)

Professional Senior Resident Engineer

March 5 2025

To the presiding Judge,

My name is Sonia Bailey, I am a long time resident of Las Cruces.

This letter is a character reference for Cristhian Lopez-Ortega. I became acquainted with Cristhian through my friend Nancy Cano almost a year ago. Each time I would visit the Cano residents, I would see Cristhian and was always greeted politely with a hand shake. I observed this young man behaving respectfully and courteous of Nancys home, always cleaning up after making his meals and helping around her home. Cristhian even volunteered to help Nancy's husband Joel with a project at my home that I could not do myself. I found Cristhian to be hard working, joyful and sincere during our encounters. I have a positive feeling towards Cristhian and believe he would be a contributing member of society.

Sincerely,

Sonia Bailey
1000 2nd St.
Las Cruces, NM 88005

To Whom It May Concern:                                                    March 9, 2025

My name is Clarissa Nanawa-Cano, I am a life-long resident of Las Cruces, NM and am writing today in support of and to endorse Mr. Christian Lopez-Ortega as a person of kind, humble character. I first came to know Mr. Lopez-Ortega approximately 9 months ago as a young man that resided at the home of my in-laws, whose personality seamlessly catapulted their integration into the day-to-date life of their new home and almost instantly became like family. From bbq's, family birthday celebrations and even a lovely Christmas 2024 dinner, we have had opportunities to learn more about and get to know this young man. In the time we have known him, he has shown only hard work ethic, integrity and kindness. I believe Mr. Lopez-Ortega's actions speak volumes about their positive nature and I believe deserves your consideration in this matter. Please feel free to contact me if you require any further information.


Clarissa Nanawa-Cano
(575) 202-0554

**Enrique & Elva Nanawa**
**4035 Lilac Dr.**
**Las Cruces, NM  88005**

March 8, 2025

To Whom it May Concern:

We met Christian Adrian Ortega-Lopez on July 4, 2024 for my grandson's birthday celebration at our home.  He was a guest of the Cano family and was included in the invitation.

We found Christian to be very cordial and helpful. He immediately volunteered to cook hot dogs and hamburgers for the kids.  He enjoyed the July 4th festivities as well. He is assimilating to the culture of the U.S. very well.

Sincerely,

Enrique & Elva Nanawa

**Enrique & Elva Nanawa**
**4035 Lilac Dr.**
**Las Cruces, NM  88005**

March 8, 2025

To Whom it May Concern:

We met Christian Adrian Ortega-Lopez on July 4, 2024 for my grandson's birthday celebration at our home.  He was a guest of the Cano family and was included in the invitation.

We found Christian to be very cordial and helpful. He immediately volunteered to cook hot dogs and hamburgers for the kids.  He enjoyed the July 4th festivities as well. He is assimilating to the culture of the U.S. very well.

Sincerely,

Enrique & Elva Nanawa

To whom it may concern,

My name is Jeremy Cano, and I am writing a character reference for Mr. Christian Lopez-Ortega. I've had the privilege of knowing Christian for a bit over 10 months. Mr. Lopez-Ortega has been residing at my parents house for the duration of the time I've known him. My observations of Mr. Lopez-Ortega is that he is a kind, hardworking, and trustworthy young man. He has shown this behavior every single time I've encountered him. He is always willing to lend a helping hand to my parents, my grandmother, and to anyone that needs it. His character has always been warm, and genuine to my family and I to include my elementary age children. Any reservation I had of him from when he was a total stranger to me to now is completely gone because of how he carries himself, and how I've seen him treat others. He genuinely feels like a part of the family, and I hope the court considers this in their judgment.

Thank you.

-Jeremy Cano

March 5, 2025

To Whom It May Concern

Re: Cristhian Lopez-Ortega

It is my pleasure to be able to tell you what I know about Mr Cristhian Lopez-Ortega.

Cristhian has always been extremely polite, respectful and a perfect gentleman. He does have difficulty asking someone for help, but when help is offered to him, he is exceedingly grateful.

He has earned my respect as I've found that Cristhian never asks for, nor expects anything to be freely handed to him. He has a strong desire to work for anything he acquires, including the most difficult necessities to obtain. He works and he works hard – regardless of how grueling the conditions - in order to earn a decent life for himself and his family.

I thank you for allowing me to share my personal experience regarding Cristhian. I'm sure you will pleasantly discover these things about him for yourself.

Sincerely,

*Robbie L. Davis*

Robbie L Davis
1037 Sable Circle
Las Cruces, New Mexico 88001

March 7, 2025

To Whom it May Concern,

Crithian Ortega came to live in my studio behind my home 11 months ago.  Upon meeting him I knew and felt he could be trusted.  While living in the studio he was so very respectful and helpful.  He aways greeted you with a smile and small hug. Immediately I helped him find different yardwork jobs.  Some people would pick him up and many times I took him to the job.  He was an extremely hard worker.  Each job he got I was told he did an excellent job. No one was ever disappointed.  I started to receive more requests for him to return or referral for more jobs. On 5 different occasions he went through Border Patrol check points with no problems.

I took him in as my own son.  I wanted him to go through the proper procedure to remain in the United states so I assisted him and took him to El Paso for Bio Metrix. That was completed in April 24, 2024.  He received a change of location for his court hearing since it was scheduled  to be in Denver and now it is El Paso.

He is a fine, hardworking young man with lots of hopes for his future.  He only wanted a better life him and to help his family back home.  Please consider his future and give him a chance.

Respectfully submitted,

Nancy Cano

1220 N. Reymond
Las Cruces,  NM  88005

March 7, 2025

Dear Judge,

I met Cristhian Ortega several months ago. He always greeted me by Abuela.    I am 94 years of age and I constantly would see Crithian going by in his bike. Each time he would spot me outside he'd come over gave me a small hug  and ask how I was doing. Many times he'd sit and chat for about 10 to 15 minutes.   Before he left he always would ask if I needed anything before leaving.  Many times, I'd ask him if he could pull the trash to the street. Which he did.

He was a very kind, respectful and always with a smile.  This young man came to the United States wanting a better life.    I only hope that he'd receive the kindness and respect from the United States and allow him to remain in the US.

Adela Rodriguez

1120 N Reymond
Las Cruces, NM  88005

# Exhibit 2

# Exhibit 2

















# Exhibit 3

# Exhibit 3

Executive Office for Immigration Review
*Immigration Court*

**Notice of Entry of Limited Appearance for
Document Assistance Before the Immigration Court**

**(Type or Print)**
**NAME AND ADDRESS OF ASSISTED PARTY**

| Cristhian | A | Ortega-Lopez |
|---|---|---|
| (First) | (Middle Initial) | (Last) |

**ALIEN REGISTRATION NUMBER ("A-Number")**
(Provide A-Number of the assisted party in this case.)

245-614-060

1120 N Reymond St
_____
(Number and Street)                    (Apt. No.)

| Las Cruces | NM | 88005 |
|---|---|---|
| (City) | (State) | (Zip Code) |

**Entry of limited appearance for** (please check all that apply and provide a brief description of the assisted document(s) in the space provided below. Additional information may be provided on the reverse side of this form):

☐ Application   ☐ Brief   ☑ Motion   ☐ Other Document

Description: Motion to change venue

Proceeding Type: ☐ Bond   ☑ Other (i.e. removal, credible fear, asylum-only) removal

**Attorney or Representative (please check one of the following):**

☑ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following states(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia (use additional space on reverse side if necessary) and I am not subject to any order disbarring, suspending, enjoining, restraining or otherwise restricting me in the practice of law in any jurisdiction (if subject to such an order, do not check this box and explain on reverse).

Full Name of Court Supreme Court of Connecticut   Bar Number (if applicable) 445668

☐ I am a representative accredited to appear before the Executive Office for Immigration Review as defined in 8 C.F.R. § 1292.1(a)(4) with the following recognized organization:_____

☐ I am a law student or law graduate of an accredited U.S. law school as defined in 8 C.F.R. § 1292.1(a)(2) (EOIR-61 must be filed by supervising attorney or accredited representative along with that supervisor's EOIR-61).

☐ I am a reputable individual as defined in 8 C.F.R. § 1292.1(a)(3).

☐ I am an accredited foreign government official, as defined in 8 C.F.R. §1291.1(a)(5), from _____ (country).

☐ I am a person who was authorized to practice on December 23, 1952, under 8 C.F.R. §1292.1(b).

**Attorney or Representative:**

I hereby enter my limited appearance at the request of the party named above. I have explained the limited nature of my assistance to the party named above, including an instruction that I am not agreeing to serve as the party's attorney or representative in proceedings before EOIR. I have read and understand the statements provided on the reverse side of this form that set forth in the regulations the conditions governing limited appearances and representations before EOIR. By signing this form, I consent to publication of my name and any findings of misconduct by EOIR, should I become subject to any public discipline by EOIR pursuant to the rules and procedures at 8 C.F.R. 1003.101 *et seq.* I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID NUMBER | DATE |
|---|---|---|
| X _Enrique_ | YY951722 | 02/20/2025 |

**NAME OF ATTORNEY OR REPRESENTATIVE & CONTACT INFORMATION**

| Name: Enrique | | Lopez Ramirez |
|---|---|---|
| (First) | (Middle Initial) | (Last) |

| Address 1500 Yandell Dr | El Paso | TX | 79902 |
|---|---|---|---|
| (Street) | (City) | (State) | (Zip Code) |

Law Firm or Organization: Las Americas Immigrant Advocacy Center

Telephone: (915)433-9727   Facsimile: (915)544-4041   Email: enriquelopezramirez@las-americas.org

Form EOIR-61
Rev. Nov. 2022

## Proof of Service

I (Name) Enrique Lopez Ramirez    emailed, mailed or delivered a copy of this Form EOIR-61 on    02/21/2025
                                                                                                    (Date)

to the DHS (Immigration and Customs Enforcement – ICE) at    12445 East Caley Avenue, Centennial, CO 80111-6432

X _____
                              Signature

## Additional Information

**LIMITED APPEARANCES** - A Form EOIR-61 shall be filed together with the assisted filing at the time the documents are filed with the immigration court. At this time, because pro se respondent cases are not eligible for electronic filing, all Forms EOIR-61, together with the assisted filing, shall be physically filed with the appropriate immigration court (for further information, please see the Immigration Court Practice Manual, which is available on the EOIR website at www.justice.gov/eoir). The attorney or representative must check the box indicating whether the limited appearance is for a particular motion, pleading, brief, application, or other document. Each subsequent filing or submission must be accompanied by a new limited appearance form. When a limited appearance is executed, the attorney or representative's signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, they are an authorized and qualified practitioner, have notified the client about the scope of the limited appearance, and will comply with the EOIR Rules of Professional Conduct in 8 C.F.R. § 1003.102.

**FREEDOM OF INFORMATION ACT** - This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is in 28 C.F.R. §§ 16.1-16.11 and appendices. For further information about requesting records from EOIR under the Freedom of Information Act, see How to File a Freedom of Information Act (FOIA) Request with the Executive Office for Immigration Review, available on EOIR's website at http://www.justice.gov/eoir.

**PRIVACY ACT NOTICE** - The information requested on this form is authorized by 8 U.S.C. §§ 1229(a), 1362 and 8 C.F.R. § 1003.17 in order to enter an appearance before EOIR. The information you provide is mandatory and required to enter an appearance. Failure to provide the requested information will result in an inability to enter an appearance. EOIR may share this information with others in accordance with approved routine uses described in EOIR's system of records notice, EOIR-001, Records and Management Information System, 69 Fed. Reg. 26,179 (May 11, 2004), or its successors and EOIR-003, Practitioner Complaint-Disciplinary Files, 64 Fed. Reg. 49237 (September 1999). Furthermore, the submission of this form acknowledges that an attorney or representative will be subject to the disciplinary rules and procedures at 8 C.F.R. 1003.101 *et seq.*, including, pursuant to 8 C.F.R. §§ 292.3(h)(3), 1003.108(c), publication of the name of the attorney or representative and findings of misconduct should the attorney or representative be subject to any public discipline by EOIR. **CASES BEFORE EOIR** - Automated information about cases before EOIR is available by calling (800) 898-7180 or (240) 314-1500.

**FURTHER INFORMATION** - For further information, please see the Immigration Court Practice Manual, which is available on the EOIR website at www.justice.gov/eoir.

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

Name: Cristhian Adnan
Ortega - Lopez                                    Non-Detained
Address: 1220 N. Reymond St
Las Cruces, N.M
                    88005
Phone: 575 240 3957

# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT
Denver, CO
(City, State of Immigration Court)

In the Matter(s) of:                )
                                    )
Cristhian Adrian Ortega-Lopez      )     File No. A 245-614-060
Respondent(s)                       )
                                    )
In Removal Proceedings              )
                                    )

Immigration Judge: Burgie, Brea C.    Next Hearing: July 29, 2025 @ 1 PM
                                                    (Date and Time)

## RESPONDENT'S PRO SE MOTION TO CHANGE VENUE

## RESPONDENT'S PRO SE MOTION TO CHANGE VENUE

The Respondent, _Cristhian Adrian Ortega-Lopez_ , respectfully requests that the Immigration Judge change the venue of his/her removal proceedings from _1961 Stout Street Ste. 3101 Denver Co 80294_ to the Immigration Court with jurisdiction over the address found below. The Immigration Court may grant a change of venue "for good cause." 8 C.F.R. §1003.20(b).

Respondent submits there is good cause in this case. Respondent will be residing at the following address: _1220 N. Reymond St, Las Cruces, N.M._ _88005_ . _An E-33 is attached_

The Department of Homeland Security would not suffer any prejudice as a result of a change of venue. Based upon the foregoing, Respondent respectfully requests that this motion to change venue be granted.

Respectfully submitted,

_Cristhian_
_____
Signature

02/19/2025
_____
Date

1

U.S. Department of Justice

Executive Office for Immigration Review

**Change of Address/Contact Information Form**
**Immigration Court**

**Instructions:** To complete this form, fill out all blanks below, including proof of service, which certifies that you will provide a copy of this form to the Department of Homeland Security (DHS). After filling in the blanks and signing both the declaration and proof of service, you must submit the form electronically, in person, or by mail. If submitting electronically, file in Respondent Portal at https://respondentaccess.eoir.justice.gov. Attorneys and fully accredited representatives submitting this form electronically must file in Case Portal at https://portal.eoir.justice.gov. If submitting by mail, follow the mailing instructions on Page 2. You must submit a separate copy of this form for each individual who has a case pending in immigration court and whom the change of information affects.

You must file this form with the immigration court within five working days of the change to your contact information, or your receipt of a charging document (e.g., a Notice to Appear) with incorrect contact information. The immigration court will send all official correspondence (e.g., notices, decisions) to the address you provide. The immigration court will only make any change(s) to your contact information in EOIR's records upon receipt of this form; the immigration court will not change your contact information based on different information on pleadings, motions, or other communications with the court.

If you fail to appear at any hearing before an immigration judge when notice of that hearing or other official correspondence was served on you or sent to the address you provided, DHS may take you into custody. In addition, the immigration court may conduct your hearing in your absence and enter an order of removal, deportation, or exclusion against you. If the court enters such an order, you may be ineligible for certain forms of relief from removal under the Immigration and Nationality Act as follows:

- If you are in *removal* proceedings: You will be subject to an order of removal for a period of ten years after the date of entry of the final order. You may also become ineligible for voluntary departure, cancellation of removal, and adjustment of status or change of status.
- If you are in *deportation* proceedings: You will be subject to an order of deportation for a period of five years after the date of the entry of the final order. You may also become ineligible for voluntary departure, suspension of deportation or voluntary departure, and adjustment of status or change of status.
- If you are in *exclusion* proceedings: Your application for admission to the United States may be considered withdrawn.

| Name – Last, First, Middle, Suffix (if applicable):<br>Ortega-Lopez, Cristhian Adrian | A-Number:<br>245-614-060 |
|---|---|

| My FORMER address and phone number were: | My CURRENT address and phone number are: |
|---|---|
| "in care of" other person (if any) | "in care of" other person (if any) |
| 2055 S Oneida St #290<br>Number; Street; Apartment (if any) | 1220 N Reymond St<br>Number; Street; Apartment (if any) |
| Denver, Colorado 80224<br>City, State, and ZIP code; Country (if other than U.S.) | Las Cruces, NM 88005<br>City, State, and ZIP code; Country (if other than U.S.) |
| (210)222-1924<br>Phone Number (include country code if other than U.S.) | (575)248-3957<br>Phone Number (include country code if other than U.S.) |
| Email Address | acevedo28266443@gmail.com<br>Email Address |

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am the person named above associated with the A-Number listed above, and that the information contained in this form is true and correct to the best of my knowledge.

| SIGN HERE ➡ | x *Cristhian* | 2/19/2025 |
|---|---|---|
| | Signature | Date |

**PROOF OF SERVICE**

I, **Enrique Lopez Ramirez** , provided a copy of this Change of Address Form on, 02/21/2025 to the
 (Name)                                                                                              (date)
to the Office of the Principal Legal Advisor for DHS Immigration and Customs Enforcement-ICE at:
12445 East Caley Avenue, Centennial CO 80111-6432 (via mail)

(Indicate if electronic/email service, or in-person or mail service (provide Number and Street, City, State, ZIP Code))

By signing, I agree to provide a copy of this Change of Address Form to the Office of the Principal Legal Advisor for DHS Immigration and Customs Enforcement-ICE at the location I selected above. I understand that I can provide DHS with a copy either electronically through the DHS eService portal (register at https://eserviceregistration.ice.gov), or by mail or personal delivery.

☐ No service needed. I am an ECAS-registered user who filed through the ECAS Case Portal.

| SIGN HERE ➡ | x |
|---|---|
| | Signature |

Form EOIR-33/IC
Revised February 2022

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**

_Denver, CO_
(City, State of Immigration Court)

In the Matter(s) of Cristhian Adnan Ortega-Lopez    A#: 2 45 - 6 14 - 060

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the **RESPONDENT'S PRO SE MOTION TO CHANGE VENUE**, it is
HEREBY ORDERED that the motion be □ **GRANTED** □ **DENIED** because:

  ❑ DHS does not oppose the motion.

  ❑ The respondent does not oppose the motion.

  ❑ A response to the motion has not been filed with the court.

  ❑ Good cause has been established for the motion.

  ❑ The court agrees with the reasons stated in the opposition to the motion.

  ❑ The motion is untimely per _____.

  ❑ Other: _____

Deadlines:

  ❑ The application(s) for relief must be filed by _____.

  ❑ The respondent must comply with DHS biometrics instructions by _____.


_____          _____
Date                                              Immigration Judge


Certificate of Service
This document was served by: [ ] Mail  [ ] Personal Service
To: [ ] Alien  [ ] Alien c/o Custodial Officer  [ ] Alien's Atty/Rep  [ ] DHS
Date: _____          By: Court Staff _____

2

Name: Cristhian Adrian Ortega – Lopez

A# 245 - 614 - 060

## PROOF OF SERVICE

On __2/21/2025__ , I, __Enrique Lopez Ramirez__ , mailed

or delivered a copy of this **RESPONDENT'S PRO SE MOTION TO CHANGE VENUE** to

the DHS/ICE Office of Chief Counsel at the following address:

__12445 East Caley Avenue, Centennial, CO 80111-6432__

_____ .

by __mail__
        (method of delivery)

_____          __02/21/2025__
Signature                      Date

3

# Exhibit 4

# Exhibit 4



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**DENVER IMMIGRATION COURT**

Respondent Name:

    ORTEGA-LOPEZ, CRISTHIAN ADRIAN

To:

    ORTEGA-LOPEZ, CRISTHIAN ADRIAN
    1220 N REYMOND ST
    LAS CRUCES, NM 88005

A-Number:
245614060
Riders:
In Removal Proceedings
Date:
03/03/2025

## ORDER OF THE IMMIGRATION JUDGE

Upon due consideration of ☑ Respondent's ☐ The Department of Homeland Security's motion for change of venue filed in this matter, and having been satisfied that the non-moving party was accorded notice and an opportunity to respond, for the following reason(s) the immigration court hereby orders that the motion for CHANGE OF VENUE is:

☑    GRANTED, as the requirements of 8 C.F.R. § 1003.20(b) have been met.
    Venue is changed to EL PASO, TEXAS

        Respondent's new address is:
        ORTEGA-LOPEZ, CRISTHIAN ADRIAN

        1220 N REYMOND ST

        LAS CRUCES, NM 88005
        Respondent's new attorney/representative (if any) is

☐    DENIED, as no good cause shown has been shown. *See* 8 C.F.R. § 1003.20(b).
☐    DENIED, as no fixed address including city, state, and zip code, where Respondent may be reached for further hearing notification was provided. *See* 8 C.F.R. § 1003.20(c).
☐    Other / Further explanation

Immigration Judge: Burgie, Brea 03/03/2025

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service , [ U ] Address Unavailable

To: [ M ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ ] Noncitizen's atty/rep. | [ M ] DHS

Respondent Name : ORTEGA-LOPEZ, CRISTHIAN ADRIAN | A-Number : 245614060

Riders:

Date: 03/04/2025 By: Kellnhofer, Ruby, Court Staff

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
EL PASO IMMIGRATION COURT

LEAD FILE: 245-614-060
IN REMOVAL PROCEEDINGS
DATE: Mar 4, 2025

TO:

ORTEGA-LOPEZ, CRISTHIAN ADRIAN
1220 N REYMOND ST
LAS CRUCES, NM 88005

RE: 245-614-060 ORTEGA-LOPEZ, CRISTHIAN ADRIAN

**Notice of In-Person Hearing**

Your case has been scheduled for a MASTER hearing before the immigration
court on:

**Date:**          **May 2, 2025**
**Time:**          **08:30 A.M. MT**
**Court Address:** **511 E. SAN ANTONIO AVE, 5TH FL, EL PASO, TX 79901**

**Representation:** You may be represented in these proceedings, at no
expense to the Government, by an attorney or other representative
of your choice who is authorized and qualified to represent persons
before an immigration court. If you are represented, your attorney
or representative must also appear at your hearing and be ready
to proceed with your case.  Enclosed and online at
https://www.justice.gov/eoir/list-pro-bono-legal-service-providers
is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the
Department of Homeland Security establishes by clear, unequivocal, and
convincing evidence that written notice of your hearing was provided and
that you are removable, you will be ordered removed from the United
States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including
hearing notices, to you based on the most recent contact information
you have provided, and your immigration proceedings can go forward in
your absence if you do not appear before the court.  If your contact
information is missing or is incorrect on the Notice to Appear, you must
provide the immigration court with your updated contact information within
five days of receipt of that notice so you do not miss important information.
Each time your address, telephone number, or email address changes,
you must inform the immigration court within five days.  To update your contact
information with the immigration court, you must complete a Form EOIR-33
either online at https://respondentaccess.eoir.justice.gov/en/ or by
completing the enclosed paper form and mailing it to the immigration
court listed above.

**Internet-Based Hearings**: If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings**: If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050**.

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:MAIL[M]   PERSONAL SERVICE[P]   ELECTRONIC SERVICE[E]
TO:   [ M ] Noncitizen | [   ] Noncitizen c/o Custodial Officer |
      [   ] Noncitizen ATT/REP | [ M ] DHS
DATE: 03/04/2025   BY: COURT STAFF   K.R.
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other   NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੇ ੰ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন।

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت.

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

# Exhibit 5

# Exhibit 5



| **ASC Appointment Notice** | **APPLICATION/PETITION/REQUEST NUMBER** MGL2464141509 | | | **NOTICE DATE** 04/24/2024 |
|---|---|---|---|---|
| **CASE TYPE** I589 – APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | **ACCOUNT NUMBER** | **USCIS A#** A245 614 069 | **CODE** 3 |

CRISTHIAN ADRIAN ORTEGA LOPEZ
1220 N REYMOND ST
LAS CRUCES  NM  88005



**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, the U.S. Citizenship & Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**WARNING:** Unless USCIS excuses you based on good cause, failure to appear at this biometrics appointment will result in an applicant-caused delay that will impact your eligibility for employment authorization based on your pending asylum application. If you fail to appear at this appointment as scheduled, USCIS may: (1) dismiss your asylum application, if you are in lawful immigration status or paroled; or (2) refer your application to an immigration judge, if you are not in lawful immigration status or paroled. If you fail to appear at this appointment as scheduled, and you are currently in removal proceedings, an immigration judge may deem your asylum application abandoned.

| **APPLICATION SUPPORT CENTER** USCIS EL PASO 10500 Montwood El Paso TX  79935 | **DATE AND TIME OF APPOINTMENT** 05/15/2024 09:00AM |
|---|---|

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE, and**
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Only those necessary to assist with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your ASC appointment if we determine your injuries may interfere with your biometrics submission. Please do not visit a USCIS office if you are sick or feel symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your ASC appointment for the next available date and time. For the latest information on the status of an ASC appointment, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your ASC appointment. If USCIS reschedules your ASC appointment, you will receive a new ASC appointment notice.

You must update your address within 10 days if you move. For instructions, visit https://www.uscis.gov/addresschange. If you are in removal proceedings, you must also notify the Executive Office for Immigration Review (EOIR or Immigration Court) within five working days of any change of address or telephone number by filing a completed Form EOIR-33, Alien's Change of Address/Phone Number Form/Immigration Court. For instructions, visit https://www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** Failure to update your mailing address with USCIS, and, if applicable, EOIR may result in dismissal of your asylum application, referral of your asylum application to an immigration judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to issue immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined in Title 28 C.F.R., Section 16.32. For information, please visit: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement

**REQUESTS TO RESCHEDULE/SPECIAL HANDLING**

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment. **Your request to reschedule must:** 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. To request a reschedule, please visit https://my.uscis.gov/accounts/biometrics/overview. You may also call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

For questions about this notice call 1-800-375-5283. For questions about your application, contact the Asylum Office or Immigration Court with jurisdiction over your case.



If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.



**Important Information for Your Biometric Services Appointment**

You have been scheduled for a biometric services appointment at an Application Support Center (ASC). Please note the following:

- Application Support Centers (ASC) offer biometrics collection services by appointment.
- You must have a scheduled appointment before arriving at an ASC.
- Your notice will provide specific instructions on what you should bring to your ASC appointment. You must also bring:
  - your printed ASC appointment notice (Form I-797C).
  - valid photo identification (such as your Green Card, passport, or driver's license)
  - the completed Applicant Information Worksheet (AIW) below
- If you received multiple biometrics appointment notices, please bring all notices to your appointment:
  - Interpreters, attorneys or those providing needed assistance if you are disabled are permitted to accompany you.
  - Family groups may appear together, even if they are scheduled for a different day.
  - Military members may appear without an appointment.
  - If you arrive more than 15 minutes before your appointment, you may be asked to wait until your appointment time to be processed.
- On the day of your appointment, please check for office closures or delays here: www.uscis.gov/about-us/uscis-office-closings
- For more information for visiting USCIS facilities, please visit: www.uscis.gov/about-us/uscis-visitor-policy
- ASCs do not provide information services or case services relating to the status of applications. To track the status of an immigration application, petition, or request, visit: https://egov.uscis.gov/casestatus/landing.do

### APPLICANT'S INFORMATION WORKSHEET (AIW)

**NAME:**

| FIRST | MIDDLE | LAST |
|---|---|---|

**LIST ANY OTHER NAMES USED (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):**

1)

| FIRST | MIDDLE | LAST |
|---|---|---|

2)

| FIRST | MIDDLE | LAST |
|---|---|---|

**DATE OF BIRTH:**

| MONTH | DAY | YEAR |
|---|---|---|

**COUNTRY OF BIRTH:** _____    **COUNTRY OF CITIZENSHIP:** _____

**GENDER: (CHECK ONE)**
- ☐ MALE
- ☐ FEMALE
- ☐ OTHER

**RACE: (CHECK ONE):**
- ☐ ASIAN
- ☐ BLACK
- ☐ CAUCASIAN/LATINO
- ☐ NATIVE AMERICAN
- ☐ UNKNOWN

**EYE COLOR: (CHECK ONE)**
- ☐ BLACK
- ☐ BLUE
- ☐ BROWN
- ☐ GRAY
- ☐ GREEN

- ☐ HAZEL
- ☐ MAROON
- ☐ MULTICOLOR
- ☐ PINK
- ☐ UNKNOWN

**HAIR COLOR: (CHECK ONE)**
- ☐ BALD
- ☐ BLACK
- ☐ BLOND OR STRAWBERRY
- ☐ BLUE
- ☐ BROWN
- ☐ GRAY
- ☐ GREEN

- ☐ ORANGE
- ☐ PINK
- ☐ PURPLE
- ☐ RED OR AUBURN
- ☐ SANDY
- ☐ WHITE
- ☐ UNKNOWN

**HEIGHT:** _____    **OR** _____    **WEIGHT:** _____    **OR** _____
FEET/INCHES        CENTIMETERS              POUNDS              KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

- *application, petition, or request that I submitted;*
- *application, petition, or request that I provided on behalf of my derivative beneficiary;*
- *application, petition, or request that was submitted on my behalf; and*
- *supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.*

### RETURN "AIW" TO APPLICANT



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>MGL2464141509 | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
|---|---|
| Received Date<br>04/24/2024 | Priority Date | Applicant  A245 614 069<br>ORTEGA LOPEZ, CRISTHIAN ADRIAN |
| Notice Date<br>04/24/2024 | Page<br>1 of 2 | |

| CRISTHIAN ORTEGA LOPEZ<br>1220 N REYMOND ST<br>LAS CRUCES NM  88005 | **Notice Type:** Receipt Notice |
|---|---|

### *** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589, Application for Asylum and for Withholding of Removal was received and is pending as of 04/24/2024.

You may remain in the United States until your asylum application is decided. Having a pending asylum application with USCIS does not preclude U.S. Immigration and Customs Enforcement (ICE) or U.S. Customs and Border Protection (CBP) from placing you into removal proceedings. If you wish to leave the United States while your application is pending, you must obtain advance parole or, for Temporary Protected Status (TPS) recipients, approval of Form I-512T, Authorization for Travel by a Noncitizen to the United States (sometimes referred to as MTINA TPS travel authorization), from USCIS or you may be considered to have abandoned your asylum application. You must report a change of address to USCIS within 10 days of moving by following the instructions on the How to Change Your Address webpage (https://www.uscis.gov/addresschange). Changing your address with the U.S. Postal Service will not change your address with USCIS.

BIOMETRICS APPOINTMENT AND ASYLUM INTERVIEW NOTICES:

You will receive a notice informing you when you and those listed on your application as a spouse or child dependent must appear at an Application Support Center (ASC) for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or child dependent must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

**WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.**

EMPLOYMENT AUTHORIZATION:

You may file a Form I-765, Application for Employment Authorization, based on your pending asylum application 150 days after you filed your asylum application. You are not eligible to receive an Employment Authorization Document (EAD) until your asylum application has been pending for at least another 30 days, for a total of 180 days. 8 CFR 208.7(a)(1). The 150-day waiting period and the 180-day eligibility period, commonly referred to as the 180-Day Asylum EAD Clock, do not include delays that you request or cause while your asylum application is pending with an asylum office or with the Immigration Court. 8 CFR 208.7(a)(2).

Delays requested or caused by the applicant may include:
* A request to transfer a case to a new asylum office or interview location, including when the transfer is based on your change of address;
* A request to reschedule an interview for a later date;
* Failure to appear at an interview or biometrics appointment;
* Failure to provide a competent interpreter at an interview (if required);
* A request to provide additional evidence at or after an interview;
* The submission of large volumes of evidence immediately before an interview that requires a reschedule; and
* Failure to receive and acknowledge an asylum decision in person (if required).

Applicant(s):
| Alien Number | Name |
|---|---|
| A245 614 069 | ORTEGA LOPEZ, CRISTHIAN |

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Houston Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
PO Box 670626
Houston TX 77267



USCIS Contact Center: www.uscis.gov/contactcenter



If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.