Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Uncertified Duplicate produced 03/07/2025 from USCIS CMS; A-Number 245614060

U.S. Department of Homeland Security

**Warrant for Arrest of Alien**

File No.  **A245 614 060**
Event No: **EGT2412000586**
FINS #: **1351340402**
Date: **December 18, 2023**

**To any officer delegated authority pursuant to Section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that: **CRISTHIAN ADRIAN ORTEGA-LOPEZ**
(Full name of alien)

an alien who entered the United States at or near **EAGLE PASS, TEXAS** on
(Port)
**December 15, 2023** is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

AMANDO MENDEZ JR
Date: 2023.12.18 01:13:18 -06:00
0530473298.CBP
(Signature of Designated Immigration Officer)

(Print name of Designated Immigration Officer)

**ACTING/PATROL AGENT IN CHARGE**
(Title)

**Certificate of Service**

Served by me at **LAREDO, TX** on **December 18, 2023** at **12:45 AM**.
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

CARLOS O LOPEZ
Date: 2023.12.18 03:34:48 -06:00
0692494779.CBP **CARLOS LOPEZ**

(Signature of officer serving warrant)

**BORDER PATROL AGENT**
(Title of officer serving warrant)

Form I-200 (Rev. 08/01/07) N

Government Exhibit 1