

Government Exhibit 5a



Government Exhibit 5b





Government Exhibit 5d