

Government Exhibit 6a



Government Exhibit 6b