

Government Exhibit 7a



Government Exhibit 7b



Government Exhibit 7c





Government Exhibit 7e