

Government Exhibit 8a





Government Exhibit 8c



Government Exhibit 8d



Government Exhibit 8e