

Government Exhibit 9a







