

Government Exhibit 12a







Government Exhibit 12b



Government Exhibit 12c



Government Exhibit 12d