# Exhibit 6

# Exhibit 6





Cellebrite
www.cellebrite.com

## Extraction Report - Apple iPhone

### Summary

| | |
|---|---|
| Cellebrite Physical Analyzer version | 10.5.0.1022 |
| Report creation time | 3/13/2025 2:12:03 PM -06:00 |
| Time zone settings (UTC) | (UTC+00:00) Abidjan (Africa) |
| Case name | iPhone |
| Case number | LS16I825LS0001 |
| Crime type | Other |
| Department | HSI Las Cruces |
| Evidence number | Item 0002 |
| Examiner name | Ferguson, Lauren |
| Investigator | Vigil, Briana |
| Location | Las Cruces HIDTA |

### Source Extraction

| | |
|---|---|
| Connection type | Cable No. Original cable |
| Decoding start date/time | 3/12/2025 4:48:51 PM |
| Extraction (UFD) file data integrity | Intact |
| Extraction decoding version | 15.0.0.2527 |
| Extraction end date/time | 3/12/2025 10:38:44 PM(UTC+0) |
| Extraction ID | 6070464c-21d6-46a1-a37f-b464b6939c68 |
| Extraction start date/time | 3/12/2025 8:41:08 PM(UTC+0) |
| Extraction type | File System |
| **File System** | |
| GlobalIOSVersion | 17.6.1 (21G93) |
| Internal version | 10.5.0.222 |
| Machine name | DESKTOP-G4UQVG6 |
| Preserved Extraction | False |
| Selected device name | D53gAP |
| Selected manufacturer | Apple |
| UFED version | 10.5.0.222 |
| Unit identifier | 432739287 |