THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                     Case No. 2:25-mj-00330-DLM

**CRISTHIAN ADRIAN ORTEGA-LOPEZ,**

    **Defendant.**

## DEFENDANT'S NOTICE TO WITHDRAW MOTION

Defendant, Cristhian Adrian Ortega-Lopez, through counsel of record Chaz Rotenberg and Gia McGillivray, Assistant Federal Public Defenders, hereby submits this motion to withdraw his Opposed Motion to Deny Government's Motion to Reconsider and Vacate Detention Hearing (Doc. 34).  The Defendant does not oppose the Government's Motion to Reconsider Pretrial Release Order (Doc. 32).

                                              Respectfully submitted,

                                              FEDERAL PUBLIC DEFENDER
                                              506 S. Main, Suite 400
                                              Las Cruces, NM 88001
                                              (575) 527-6930

                                              **Electronically filed (April 28, 2025)**
                                              By: **_/s/ Chaz Rotenberg_**
                                              Chaz Rotenberg
                                              Assistant Federal Public Defender

                                              Gia McGillivray
                                              Assistant Federal Public Defender