# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable DAMIAN L. MARTÍNEZ

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **25-330 MJ** | Date: | **4/30/2025** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **KRISTIN SOLIS** | Type of Hearing: | **MOTION** | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **CRISTHIAN ADRIAN ORTEGA-LOPEZ** | **CHAZ ROTENBERG** <br> **GIA McGILLIVRAY** | ☒ | ☐ |

| Assistant U.S. Attorney: | **MARIA ARMIJO** <br> **RANDY CASTELLANO** <br> **ELIZABETH TONKIN** | Interpreter: | **MARCELA RENNA** <br> **CAROLINA HICKEY** |
|---|---|---|---|
| Pretrial Officer: | **VIRGINIA SILVA** | Court in Session: | **1:32 – 2:03 P.M. (31 MIN)** |

☒ Defendant in custody

☒ Other: **1:32 P.M. – COURT IN SESSION.**
    CASE CALLED; APPEARANCES MADE BY COUNSEL.
**1:33 P.M. – COURT ADDRESSES PARTIES AND REVIEWS TIMELINE OF CASE.**
    COURT CALLS AUSA ARMIJO FORWARD REGARDING GOVERNMENT'S PENDING MOTION.
**1:35 P.M. – COURT QUERIES AUSA ARMIJO REGARDING MOTION AND ALL EXHIBITS; MS. ARMIJO RESPONDS AND ADDRESSES COURT.**
    *BENCH CONFERNENCE HELD FROM 1:51 – 1:55 P.M.*
**1:55 P.M. – CONTINUATION OF QUERY BY COURT IN REGARD TO EXHIBITS FROM GOVERNMENT'S MOTION.**
    RESPONSE TO COURT BY AUSA ARMIJO.
**1:56 P.M. – STANDING OBJECTION TO CONTINUANCE OF THIS HEARING BY MR. ROTENBERG; OVERRULED.**
**2:00 P.M. – COURT INQUIRES OF MR. ROTENBERG REGARDING DEFENDANT'S POSITION.**
    MR. ROTENBERG RESPONDS THAT CONDITIONS (PREVIOUSLY SET BY THIS COURT) CAN NO LONGER BE MET; DEFENDANT IS NOT OPPOSING GOVERNMENT'S REQUEST AND WILL NOT BE SEEKING ANY FURTHER APPEAL.
**2:02 P.M. – COURT ADDRESSES PARTIES; DEFENDANT TO REMAIN DETAINED AND WRITTEN ORDER REGARDING THE SAME TO BE ISSUED.**
    FINAL REMARKS BY COURT.
**2:03 P.M. – COURT IN RECESS.**